THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Joshua Barbee, Appellant.
 
 
 
 
 

Appeal From Aiken County
Michael G. Nettles, Circuit Court Judge

Unpublished Opinion No. 2010-UP-320
 Submitted June 1, 2010  Filed June 22,
2010    

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant. 
 J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Joshua
 Barbee appeals the revocation of his probation.  On appeal, Barbee argues the
 trial court abused its discretion "by not continuing [him] on probation,
 [and giving] him an active [youthful offender] sentence, when a lesser
 punishment was appropriate."  The trial court acted within its discretion
 in revoking Barbee's probation.  S.C. Code Ann. §
 24-21-460 (2007).  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the
 following authority: State v. Shumate,
 276 S.C. 46, 47, 275 S.E.2d 288, 288 (1981) (holing a defendant's failure
 "to object to or seek modification of the
 revocation sentence in the trial court" precludes challenging the sentence
 on appeal). 
AFFIRMED.
FEW, C.J.,
 WILLIAMS, J., and CURETON, A.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.